UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO FIGUEROA | : |
| Plaintiff | : |
| vs. | : |
| UNITED STATES DEPARTMENT OF DEFENSE and UNITED STATES DEPARTMENT OF THE AIR FORCE | : |
| Defendants | : |

## **COMPLAINT**

### Introduction

1. This is an action to obtain records under the Freedom of Information Act, 5 U.S.C. §552 and Privacy Act, 5 U.S.C. § 552a.

2. Plaintiff is Antonio Figueroa, a retired member of the Puerto Rico Air National Guard.

3. Defendants are the United States Department of Defense and the Department of the Air Force.

4. This complaint relates to three Freedom of Information Act/Privacy Act (FOI/P) requests. One was directed to the National Guard Bureau (NGB) which is a joint activity of the Department of Defense. The second was directed to the Air Force Office of Inspector General (OIG), which is part of

the Department of the Air Force. The third was directed to the Air Force Board of Corrections of Military Records (BCMR). Defendants have not produced documents in response to any of these requests.

5.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

## Factual Background

6.  In December 2012, Plaintiff was appointed to the career status in the Puerto Rico Air National Guard.

7.  In March 2013, a newly appointed territorial Adjutant General revoked Plaintiff's appointment.

8.  In April 2014, the OIG report found that the revocation was done improperly and reprimanded the new Adjutant General.

9.  Plaintiff requested reinstatement and compensation from BCMR.

10. The request was denied by the BCMR in September 2016.

11. As part of his due diligence prior to seeking judicial review, Plaintiff requested records under the FOI/P as explained below.

## Count I – The NGB FOI/P Request

12. On May 15, 2017, Plaintiff submitted a combined FOI/P request to the NGB for its complete file on the Plaintiff relative to both himself and his recently

concluded proceedings before the BCMR. A copy of that request is attached hereto as Exhibit "A".

13. On June 5, 2017, the NGB responded to the request advising that it would not be processed until November 2018. A copy of that response is attached hereto as Exhibit "B".

14. Plaintiff filed an administrative appeal relative to the denial. On July 11, 2017, the NGB denied the appeal and withheld further appeal rights. A copy of that response is attached hereto as Exhibit "C".

15. Accordingly, Plaintiff avers he has exhausted his administrative remedies and seeks judicial review.

WHEREFORE, Plaintiff prays that this Honorable Court:

    a. Order Defendant to release the requested documents;

    b. Award Plaintiff attorney fees and costs.

## Count II – OIG FOI/P Request

16. On May 20, 2017, Plaintiff submitted a FOI/P request to the OIG requesting a copy of the file relating to his complaint against the Adjutant General relative to his removal. A copy of the request is attached hereto as Exhibit "D"

17. On May 30, 2017, the OIG referred the request to another office and

advised that Plaintiff would receive a response from that office. A copy of that response is attached hereto as Exhibit "E"

18. Plaintiff has not received a further response. Accordingly, Plaintiff avers he has exhausted his administrative remedies.

WHEREFORE, Plaintiff prays that this Honorable Court:

a. Order Defendant to release the requested documents on a timely basis;

b. Award Plaintiff attorney fees and costs.

### Count III – BCMR Request

19. On May 15, 2017, Plaintiff submitted a FOI/P request to the BCMR requesting a copy of its file relating to Plaintiff's claim. A copy of the request is attached hereto as Exhibit "F"

20. On July 10, 217, Plaintiff submitted a follow-up request by certified mail which was delivered to the BCMR on July 14, 2017 per the postal service. A copy of the follow-up request and a copy of the certified mail receipt are attached hereto as Exhibits "G" and "H" respectively.

21. Plaintiff has since corresponded with the BCMR via email, and production of the file was promised, but the file has not been produced within the time required by law. Accordingly, Plaintiff avers he has exhausted his administrative remedies.

WHEREFORE, Plaintiff prays that this Honorable Court:

a. Order Defendant to release the requested documents on a timely basis;

b. Award Plaintiff attorney fees and costs.

                                                                                 Respectfully submitted
*s/ Jason W. Manne*
Jason W. Manne
Attorney at Law
DC Bar No. 1018840

Dated: August 23, 2017
Manne Law Office
P.O. Box 81860
Pittsburgh, PA 15217
Tel: (724) 635-5718
Fax: (412) 421-8571
Email: JManne@lawmanne.com